LINDA H. (HALL) KNOTTS v. BENNY T. HALL; JAMES O. BUCHANAN, TRUSTEE; AND THE UNITED STATES OF AMERICA, ACTING THROUGH FARMERS HOME ADMINISTRATION, U.S. DEPARTMENT OF AGRICULTURE

No. 300A87

(Filed 5 November 1987)

APPEAL by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 85 N.C. App. 463, 355 S.E. 2d 237 (1987), which affirmed an order entered by *Cornelius, J.*, at the 5 May 1986 Civil Session of Superior Court, STANLY County. Heard in the Supreme Court 12 October 1987.

*David A. Chambers for petitioner-appellant.*

*Michael W. Taylor for respondent-appellee.*

PER CURIAM.

Affirmed.